UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CMI ASSOCIATES, LLC, AS TRUSTEE OF KELLY-FOSTER REALTY TRUST, and CYNTHIA MICHAUD,**
**Plaintiffs**

**v.**

**REGIONAL FINANCING CO., LLC, JOSEPH GIUTTARI, and HALLINAN CAPITAL CORPORATION,**
**Defendants and Third-Party Plaintiffs**

**v.**

**JEFFREY HARDIMAN, ET AL.,**
**Third-Party Defendants**

**C.A. No. 09-cv-30024-MAP**

ORDER OF DISMISSAL OF THIRD-PARTY CLAIMS
AND CROSS-CLAIMS WITHOUT PREJUDICE
November 9, 2010

PONSOR, U.S.D.J.

Plaintiffs initially brought an eight-count complaint against Defendants on various theories arising from financing transactions related to a piece of real property in Palmer, Massachusetts. The somewhat complex facts of

this case are set forth in the court's memorandum of April 5, 2011 (Dkt. No. 183). See CMI Associates, LLC v. Regional Financing Co, LLC, 775 F. Supp. 2d 281 (D. Mass. 2011).

In the court's April 5 memorandum, it allowed Defendants' Motion for Summary Judgment against Plaintiffs, essentially concluding that Plaintiffs' claims against Defendants lacked sufficient substance as a matter of law to permit them to go forward. Having allowed Defendants' motion, the court stated that it was "unclear whether the third-party complaint survives the court's rulings above." Id., at 295. In order to clarify the status of the third-party complaint, as well as the cross-claims, the court conducted a status conference and, following the status conference, asked for submissions from the parties with regard to further actions.[1]

Having now reviewed the parties' proposals, and reflected upon the issues remaining in the case, the court must conclude that any further pending third-party actions and cross-claims are rendered moot by the court's allowance

[1] Following entry of the court's summary judgment ruling, Plaintiffs filed a Notice of Appeal with the First Circuit, without previously seeking a certification from this court pursuant to Fed. R. Civ. P. 54(d). Recently, Plaintiffs' counsel indicated by letter that he intended to withdraw this appeal. See Dkt. No. 199.

of Defendants' Motion for Summary Judgment.

The court therefore hereby ORDERS entry of judgment for Defendants on all of Plaintiffs' claims in accordance with the ruling on Defendants' Motion for Summary Judgment. The court hereby further ORDERS dismissal of any remaining third-party claims and cross-claims in the case, on the ground of mootness, without prejudice to their resurrection in the event that the First Circuit at some future date reverses the court's ruling allowing Defendants' Motion for Summary Judgment. The clerk will enter judgment in accordance with the court's order. This judgment will dispose of all claims before the court, permitting the parties to pursue an appeal before the First Circuit.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge