# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CMI ASSOCIATES, LLC., )<br>AS TRUSTEE OF KELLY-FOSTER )<br>REALTY TRUST, and CYNTHIA MICHAUD, )<br>    Plaintiff(s) )<br>)<br>       v. )<br>)<br>REGIONAL FINANCING CO. LLC, )<br>JOSEPH GIUTTARI, and HALLINAN )<br>CAPITAL CORPORATION, )<br>    Defendant(s) and Third-Party )<br>      Plaintiff(s) )<br>)<br>       v. )<br>)<br>JEFFREY HARDIMAN, ET AL., )<br>    Third-Party Defendant(s) ) | CIVIL ACTION NO. 3:09-cv-30024-MAP |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**(1) JUDGMENT** for defendants on all plaintiffs claims. **(2) JUDGMENT** for all cross-claim and third party defendants, pursuant to the order of dismissal entered this date.

                                                **SARAH A. THORNTON**,
                                                CLERK OF COURT

Dated: November 9, 2011              By  /s/ *Maurice G. Lindsay*
                                             Maurice G. Lindsay, Deputy Clerk

(Civil Judgment - Multi-Dft & 3rd Pty's (Routine).wpd - 11/98)     [jgm.]